**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Aaron Sincere Hood, Appellant.

Appellate Case No. 2023-001512

———————

Appeal From Saluda County
Walton J. McLeod, IV, Circuit Court Judge

———————

Unpublished Opinion No. 2026-UP-210
Submitted April 1, 2026 – Filed May 6, 2026

———————

**APPEAL DISMISSED**

———————

Appellate Defender Molly M. Keegan, of Columbia, and
Aaron Sincere Hood, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.